**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

COLLE & MCVOY, INC., a Minnesota corporation,

Plaintiff,

Civil No. 01-404 DWF/AJB

v.

MICHAEL KLABUNDE,

Defendant.

**ORDER**

---

The above matter came before the Court on Plaintiff's Motion for Leave to Amend Complaint. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is **granted** [Docket No. 8].

Dated: 5/31/01

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

After an answer has been filed in a case, a plaintiff "may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires." FED. R. CIV. P. 15(a). Plaintiff seeks leave to add fraudulent misrepresentation and conversion to its complaint. Defendant has provided no viable argument in opposition to the motion.

AJB

FILED MAY 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK