**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

COLLE & MCVOY, INC.,
a Minnesota corporation,

Plaintiff,

Civil No. 01-404 DWF/AJB

v.

**ORDER**

MICHAEL KLABUNDE,

Defendant.

---

The above-entitled matter came before the Court on June 25, 2001 for a hearing on Plaintiff's motion to compel. Thereafter, in an Order dated August 17, 2001, Defendant was ordered to "provide all information and document relating to communications with Steve Katula, Esq. regarding the MILK MOOLA® trademark and patent prosecutions and the ownership of each." On September 20, 2001, the parties engaged the Court in a telephone conference regarding the August 17 Order. Plaintiff pointed out that, although Defendant had provided the Katula correspondence, Defendant had not included documents which were attached to the correspondence. Plaintiff moved the Court to order those documents produced.

In opposition, Defendant argued that the at-issue documents are patent application documents, and those documents were not subject to the August 17 Order. Plaintiff countered by arguing that, because the patent application documents were attached to the correspondence, they are technically a part of the correspondence. The Court has considered the matter and concludes that both parties present arguments that are not without merit. However, at this point, there are at least two reasons to side with Defendant. First, patent application documents are considered

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

confidential. Next, Plaintiff has never presented a thorough argument as to the propriety of discovering the patent application documents. At this point, therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is denied.

Date: 9/21/01

ARTHUR J. BOYLAN
United States Magistrate Judge