UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

COLLE & McVOY, INC.,

Plaintiff,

v.

MICHAEL KLABUNDE,

Defendant.

Civil No. 01-404 DWF/AJB

**STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through the undersigned counsel, as follows:

1. In his Rule 26(a) initial disclosures, Defendant Michael Klabunde identified an employee of Marigold Foods, Inc. as an individual likely to have discoverable information, and in his answers to interrogatories, Mr. Klabunde identified the same Marigold employee and another Marigold employee as persons with knowledge of relevant matters.

2. Marigold is a client of Fredrikson & Bryon, P.A. When Fredrikson & Byron began its representation of Colle & McVoy, it was unaware of any possible conflict of interest. After Mr. Klabunde identified Marigold employees as persons with knowledge, Fredrikson & Byron conducted an analysis and determined that there was no conflict of interest in continuing its representation of Colle & McVoy.

FILED OCT 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Last week, during the course of discovery, Fredrikson & Byron learned new information that now creates a conflict in interest with respect to its continued representation of Colle & McVoy.

4. In order to permit time for the conflict to either be resolved or for Colle & McVoy to retain new litigation counsel in this matter, the parties agree that good cause exists to modify the Pretrial Scheduling Order as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by February 1, 2002. (previously December 1, 2001).

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 15, 2001. (same).

3. Expert Witnesses

   a. The parties shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before December 15, 2001. (previously October 15, 2001).

   b. With respect to the party bearing the burden of proof as to a particular issue, that party shall make full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness(es), on or before January 15, 2002. (previously December 1, 2001).

   c. With respect to the party responding as to a particular issue, that party shall make full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness(es), on or before March 1, 2002. (previously January 15, 2002).

   d. Rebuttal reports are due on or before March 15, 2002. (Previously February 1, 2002).

4. No more than 30 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party. (same).

5. No more than 10 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions. (same).

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by August 1, 2001. (same).

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 28, 2002. (previously December 31, 2001).

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by April 15, 2002. (previously March 1, 2002). (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist. 651-848- 1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on July 1, 2002, or upon resolution of any pending dispositive motions. (same). Expert witnesses are anticipated. Anticipated length of trial is 2 weeks.

Dated: October 22, 2001

Dean R. Karau (#225186)
Lora Esch Mitchell (#259615)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7000
Facsimile: (612) 347-7077
Attorneys for Colle & McVoy

Dated: October 19, 2001

For Michael Klabunde

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/22/01

Arthur J. Boylan
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2569107\1