**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COLLE & MCVOY, INC., a Minnesota corporation,

Plaintiff,

v.

MICHAEL KLABUNDE,

Defendant.

Civil No. 01-404 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Dean Karau, Esq., and Lora Mitchell, Esq., Fredrikson & Byron, 1100 International Center, 900 2nd Avenue South, Minneapolis, MN 55402-3787, counsel for Plaintiff.

Leslie Lienemann, Esq., Lienemann Law Office, 210 River Ridge Circle, Burnsville, MN 55337 and Celeste Culberth, Esq., Culberth Law Office, 210 River Ridge Circle North, Burnsville, MN 55337, counsel for Defendant, and Michael Klabunde, Pro Se, 255 Arcwood Road, Mahtomedi, MN 55115.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 18 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________